**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
Attorney: Ruskin Moscou Faltischek PC
Address: 1425 RXR Plaza, East Tower, 15th Floor Uniondale, New York 11556-1425

Job #: 1432956

JASON DOHERTY,

Plaintiff

vs

PATRICIA BICE, Individually and as Dean of Student Affairs for Purchase College, et al.,

Defendant

Civil Action #: 18-cv-10898-NSR

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:
Jack Tamburello, being sworn says:

**AFFIDAVIT OF SERVICE**

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 12/05/2018, at 4:14 PM at 735 ANDERSON HILL ROAD, BUILDING 31, PURCHASE, NY 10577 Deponent served the within Summons in a Civil Action Filed 11/26/18, Complaint with Jury Demand and Civil Cover Sheet Filed 11/21/18

On: PATRICIA BICE AS DEAN OF STUDENT AFFAIRS FOR PURCHASE COLLEGE, STATE OF UNIVERSITY OF NEW YORK, therein named.

Said documents were conformed with index number endorsed thereon.
☒ #1 SUITABLE AGE PERSON
By delivering thereat a true copy of each to Anna Oyola (Executive Assistant) a person of suitable age and discretion. Said premises is recipient's:
[X] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state.

☒ #2 DESCRIPTION
Sex: Female    Color of skin: White    Color of hair: Blonde    Glasses: No
Age: 36 - 50 Yrs.    Height: 5ft 4inch - 5ft 8inch    Weight: 131-160 Lbs.    Other Features:

☒ #3 MILITARY SERVICE
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ #4 WITNESS FEES
Subpoena Fee Tendered in the amount of

☐ #5 OTHER

Sworn to before me on 19TH OF DECEMBER 2018

_Clara Rosabella_
CLARA ROSABELLA
Notary Public, State of New York
No. 01RO6257753
Qualified in Westchester County
Commission Expires March 19, 2019 20

_Jack Tamburello_
Jack Tamburello

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Attorney: Ruskin Moscou Faltischek PC
Address: 1425 RXR Plaza, East Tower, 15th Floor Uniondale, New York 11556-1425

| | |
|---|---|
| JASON DOHERTY, *Plaintiff* | Civil Action #: 18-cv-10898-NSR<br>Client's File No.:<br>Court Date: |
| vs<br>PATRICIA BICE, individually and as Dean of Student Affairs for Purchase College, et al., *Defendant* | Date Filed: |

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF MAILING

**MAILING**

Adriana Bartolotta being duly sworn, deposes and says: that deponent completed service by depositing a copy of the **Summons in a Civil Action Filed 11/26/18, Complaint with Jury Demand and Civil Cover Sheet Filed 11/21/18** in a postpaid properly addressed envelope, bearing the words "Personal and Confidential" by first class mail on: **12/06/2018** in an official depository of the United States Postal Service in the State of New York. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**To: PATRICIA BICE AS DEAN OF STUDENT AFFAIRS FOR PURCHASE COLLEGE**

**735 ANDERSON HILL ROAD, BUILDING 31, PURCHASE, NY 10577 :**

Said documents were conformed with index number endorsed thereon.

Sworn to before me on 12/06/2018

LARRY RADLER
Notary Public, State of New York
Registration No. 01RA6361956
Qualified in Nassau County
Commission Expires 07/24/2021

Adriana Bartolotta
DCA License#

*Court Support, Inc., 181 Hillside Avenue, Williston Park, NY 11596 License #1382542*