UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON DOHERTY,                              :
                                            :
                              Plaintiff,    :    **NOTICE OF APPEARANCE**
                                            :
             - against -                    :    18 CV 10898 (NSR)
                                            :
PATRICIA BICE, et al.                       :    **ORIGINAL FILED BY ECF**
                                            :
                              Defendants.   :
                                            :
                                            :
-----------------------------------------------------------X

     **PLEASE TAKE NOTICE** that Barbara D. Underwood, Attorney General of the State of New York, by the undersigned, hereby appears as attorney of record for defendants PATRICIA BICE, JARED STAMMER, and QUI QUI BALASCIO ( "Defendants"), and that her address and telephone number are set forth below.  This appearance is without prejudice to Defendants' rights to assert any and all applicable defenses in this action.

Dated:  New York, New York
        December 21, 2018

                                            BARBARA D. UNDERWOOD
                                            Attorney General of the
                                              State of New York
                                            <u>Attorney for Defendants</u>
                                            By:

                                                   /s/
                                            JACLYN D. SAFFIR
                                            Assistant Attorney General
                                            28 Liberty St. - 17th Floor
                                            New York, New York 10005
                                            Tel.:  (212) 416-6286
                                            Jaclyn.Saffir@ag.ny.gov

To:     COUNSEL OF RECORD, VIA E.C.F.