UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON DOHERTY,                                       :
                                                     :
                                   Plaintiff,        :       **NOTICE OF APPEARANCE**
                                                     :
                      - against -                    :       18 CV 10898 (NSR)
                                                     :
PATRICIA BICE, et al.                                :       **ORIGINAL FILED BY ECF**
                                                     :
                                   Defendants.       :
                                                     :
                                                     :
------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that Letitia James, Attorney General of the State of New

York, by the undersigned, hereby appears as attorney of record for defendants PATRICIA BICE,

JARED STAMMER, and QUI QUI BALASCIO ( "Defendants"), and that her address and

telephone number are set forth below.  This appearance is without prejudice to Defendants'

rights to assert any and all applicable defenses in this action.


Dated:  New York, New York
       February 12, 2019

                    LETITIA JAMES
                    Attorney General of the
                     State of New York
                    <u>Attorney for Defendants</u>
                    By:

                            /s/
                    ALYSSA ANZALONE-NEWMAN
                    Assistant Attorney General
                    28 Liberty St. - 17th Floor
                    New York, New York 10005
                    Tel.: (212) 416-8874
                    Alyssa.Anzalone-Newman@ag.ny.gov


To:    COUNSEL OF RECORD, VIA E.C.F.

1