

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

**DIRECT DIAL: (212) 416-8874**

March 29, 2019

**By ECF and by Fax**
Honorable Nelson Stephen Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Doherty v. Bice, et al.*, **18-cv-10898 (NSR)**

Dear Judge Roman:

This Office represents Defendants Patricia Bice, Dean of Student Affairs, Qui Qui Balascio, Associate Dean of Students, and Jared Stammer, former Conduct Officer for Community Standards ("Defendants") at the State University of New York at Purchase.

Defendants are in receipt of Plaintiff's newly filed amended complaint. Previously, on February 21, 2019, Defendants filed a pre-motion letter in support of their motion to dismiss. Defendants would like to continue to rely on that letter in support of their motion. In the amended complaint, however, Plaintiff states that he is no longer bringing an equal protection claim (*compare* Dkt. No. 1 ¶ 38 (Cplt.) *with* Dkt. No. 16, at 2 fn 1 (Plaintiff's Letter Response in Opposition to Defendants' Pre-Motion Letter). Accordingly, insofar as Defendants' pre-motion letter had addressed the equal protection claim, that portion of Defendants' pre-motion letter can now be disregarded, and the equal protection claim should be deemed moot.

Respectfully submitted,

/s/ *Alyssa Anzalone-Newman*
Alyssa Anzalone-Newman
Assistant Attorney General
Attorney for Defendants