

# RUSKIN MOSCOU FALTISCHEK P.C.

*Counselors at Law*

Writer's Direct Dial: (516) 663-6515
Writer's Direct Fax: (516) 663-6715
Writer's E-Mail: emurray@rmfpc.com

May 31, 2019

***By ECF***

Hon. Nelson Stephen Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

      Re:    *Doherty v. Bice, et. al.*
              18-cv-10898 (NSR)

Dear Judge Roman:

      I am a partner in Ruskin Moscou Faltischek, P.C., attorney for plaintiff Jason Doherty ("Doherty") in this action pursuant to 42 U.S.C. §1983 and 42 U.S.C. §12132.

      The original Complaint in this matter was filed on November 21, 2018, and a stipulation was entered to and so ordered extending the time for which defendants to appear to February 25, 2019.  On February 21, 2019, defendants filed a Request for a Pre-Motion Conference for an anticipated Motion to Dismiss, which I responded to on February 26, 2019.

      Thereafter, an Amended Complaint was filed on March 13, 2019, and by a Letter Motion dated March 29, 2019, defendants requested a Pre-Motion Conference with regard to a Motion to Dismiss addressed to the Amended Complaint.

      Plaintiff respectfully requests that a Pre-Motion Conference be established with regard to the proposed Motion to Dismiss, or that leave be granted to the parties to establish a briefing schedule for the proposed motion to dismiss.

                            Respectfully submitted,

                            E. Christopher Murray

ECM:jr

857741