

Writer's Direct Dial: (516) 663-6515
Writer's Direct Fax: (516) 663-6715
Writer's E-Mail: cmurray@rmfpc.com

August 14, 2019

***Via ECF and Facsimile***

Hon. Nelson Stephen Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Doherty v. Bice, et al.*
              18-cv-10898 (NSR)

Dear Judge Roman:

      I am a partner in Ruskin Moscou Faltischek, P.C., attorney for plaintiff Jason Doherty ("Doherty") in this action pursuant to 42 USC §1983 and 42 USC §12132.

      I am writing as a follow up to my letter dated May 31, 2019 (Docket #20) with regard to defendants' request for a pre-motion conference for an anticipated motion to dismiss which was initially filed on February 21, 2019. To date, no pre-motion conference has been scheduled and in this action, which was originally filed on November 21, 2018, has not proceeded.

      As set forth in my May 31, 2019 letter, plaintiff respectfully requests that a pre-motion conference be established with regard to the proposed motion to dismiss, or that leave be granted to the parties to establish a briefing schedule for the proposed motion to dismiss.

                                          Respectfully submitted,

                                          E. Christopher Murray
                                          For the Firm

ECM:gs
cc: Alyssa Anzulone-Newman (via fax)

#869722