

*Counselors at Law*

Writer's Direct Dial: (516) 663-6515
Writer's Direct Fax: (516) 663-6715
Writer's E-Mail: cmurray@rmfpc.com

August 29, 2019

***Via ECF and Facsimile***

Hon. Nelson Stephen Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:   *Doherty v. Bice, et al.*
                18-cv-10898 (NSR)

Dear Judge Roman:

    I am a partner in Ruskin Moscou Faltischek, P.C., attorney for plaintiff Jason Doherty. Per this Court's Order dated August 16, 2019, attached please find a proposed Case Management Plan and Scheduling Order.

    On August 27, 2019, Defendants requested a stay of discovery (ECF No. 23). Given that their request is *sub judice*, Defendants submit the attached Case Discovery Plan and Scheduling Order with Plaintiff without prejudice to their pending application for a stay.

                                  Respectfully submitted,

                                    E. Christopher Murray
                                    For the Firm

ECM:gs
cc: Alyssa Anzalone-Newman, Esq. (via email)
#871403