

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 16, 2019

**By ECF and by Fax**
Honorable Nelson Stephen Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Doherty v. Bice, et al.*, 18-cv-10898 (NSR)

Dear Judge Román:

This Office represents defendants Patricia Bice, Qui Qui Balascio, and Jared Stammer in their individual and official capacities ("Defendants") in the above-referenced action filed by plaintiff Jason Doherty ("Plaintiff"). On August 16, 2019, Your Honor ordered that a pre-motion conference was not necessary in this case, and set the following briefing schedule: "Defendants' Motion to Dismiss is due on September 20, 2019; Plaintiff's Opposition is due on October 21, 2019, and Defendants' Reply Memorandum is due on November 5, 2019." (Docket No. 22).

Defendants respectfully request a two-week extension for filing their motion to dismiss, and to propose the following schedule: Defendants' Motion to Dismiss is due on October 4, 2019; Plaintiff's Opposition is due on November 4, 2019, and Defendants' Reply Memorandum is due on November 19, 2019. Defendants make this request in light of significant litigation deadlines in other matters. Plaintiff has consented to this request.

Additionally, in light of the anticipated motion to dismiss, a stay of discovery is appropriate. On August 27, 2019, Defendants filed a letter motion with the Court, requesting a conference in anticipation of their proposed motion to stay discovery until a decision has been made on Defendants' motion to dismiss. (Docket No. 23). That application is *sub judice*.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ *Alyssa Anzalone-Newman*
Alyssa Anzalone-Newman
Assistant Attorney General
Attorney for Defendants
(212) 416-8874