

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

September 16, 2019

*[Handwritten note from Judge:]* Dfts' request to extend the briefing schedule as outlined below is granted on consent. Discovery is stayed pending the Court's resolution of Dfts' motion to dismiss. Clerk of the Court requested to terminate the motions (docs. #23 and #25). All motion documents shall be filed on the reply date - Nov. 19, 2019.
SO ORDERED: Dated: Sept. 17, 2019
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**By ECF and by Fax**
Honorable Nelson Stephen Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Doherty v. Bice, et al.*, 18-cv-10898 (NSR)

Dear Judge Román:

This Office represents defendants Patricia Bice, Qui Qui Balascio, and Jared Stammer in their individual and official capacities ("Defendants") in the above-referenced action filed by plaintiff Jason Doherty ("Plaintiff"). On August 16, 2019, Your Honor ordered that a pre-motion conference was not necessary in this case, and set the following briefing schedule: "Defendants' Motion to Dismiss is due on September 20, 2019; Plaintiff's Opposition is due on October 21, 2019, and Defendants' Reply Memorandum is due on November 5, 2019." (Docket No. 22).

Defendants respectfully request a two-week extension for filing their motion to dismiss, and to propose the following schedule: Defendants' Motion to Dismiss is due on October 4, 2019; Plaintiff's Opposition is due on November 4, 2019, and Defendants' Reply Memorandum is due on November 19, 2019. Defendants make this request in light of significant litigation deadlines in other matters. Plaintiff has consented to this request.

Additionally, in light of the anticipated motion to dismiss, a stay of discovery is appropriate. On August 27, 2019, Defendants filed a letter motion with the Court, requesting a conference in anticipation of their proposed motion to stay discovery until a decision has been made on Defendants' motion to dismiss. (Docket No. 23). That application is *sub judice*.

Thank you for your attention to this matter.

Respectfully submitted,

*[Stamp: ELECTRONICALLY FILED DOC #: ___ DATE FILED: 9/17/2019]*

/s/ *Alyssa Anzalone-Newman*
Alyssa Anzalone-Newman
Assistant Attorney General
Attorney for Defendants
(212) 416-8874

28 LIBERTY STREET, NEW YORK N.Y. 10005 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.AG.NY.GOV



**CONFIDENTIAL**



**FACSIMILE TRANSMISSION**

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**
Letitia James

| | |
|---|---|
| To: | Honorable Nelson Stephen Román |
| Fax Number: | (914) 390-4179 |
| Voice Number: | (914) 390-4178 |
| From: | Magdalena Sliwa |
| Fax Number: | (212) 416-6009 |
| Voice Number: | (212) 416-8901 |
| Date: | September 16, 2019 |
| Subject: | Doherty v. Bice, et al., 18-CV-10898 |
| Total Pages: | 4 |

Memo:

Dear Judge Román,

Attached please find a letter from Assistant Attorney General, Alyssa Anzalone-Newman, pertaining to Defendants' request for a two-week extension to file their motion to dismiss.

Any questions and/or comments regarding this matter should be directed to Ms. Anzalone-Newman at 212-416-8874.

Thank You

Regards,

Magdalena Sliwa | Legal Assistant II
New York State Office of the Attorney General
Litigation Bureau
28 Liberty Street
New York, NY 10005
Tel: 212-416-8901
Magdalena.Sliwa@ag.ny.gov<mailto:Magdalena.Sliwa@ag.ny.gov>

IMPORTANT NOTICE: This fax, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If

you received this fax in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this fax or its attachments. Please notify the sender immediately by reply fax and delete the fax from your system.