

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

November 14, 2019

**By ECF and by Fax**
Honorable Nelson Stephen Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Doherty v. Bice, et al.*, **18-cv-10898 (NSR)**

Dear Judge Román:

    This Office represents defendants Patricia Bice, Qui Qui Balascio, and Jared Stammer in their individual and official capacities ("Defendants") in the above-referenced action filed by plaintiff Jason Doherty ("Plaintiff"). On October 4, 2019 Defendants served their motion to dismiss on Plaintiff. On November 4, 2019 Plaintiff served his opposition to Defendants' motion to dismiss on Defendants. Your Honor has ordered that Defendants' reply memorandum is due on November 19, 2019.

    Defendants respectfully request a one-week extension, until Tuesday, November 26, 2019, for filing their reply memorandum in support of their motion to dismiss. Defendants make this request in light of significant litigation deadlines in other matters. This is their first request for an extension of this particular deadline, and Plaintiff has consented.

                                  Respectfully submitted,

                                  /s/ *Alyssa Anzalone-Newman*
                                Alyssa Anzalone-Newman
                                Assistant Attorney General
                                Attorney for Defendants
                                (212) 416-8874