

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

November 14, 2019

> Defts granted extension of time to serve reply papers until Nov. 26, 2019. All motion documents shall be filed on Nov. 26, 2019. Clerk of the Court requested to terminate the motion (doc. 27).
> SO ORDERED: Dated: Nov. 14, 2019
> /s/ HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**By ECF and by Fax**
Honorable Nelson Stephen Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    *Doherty v. Bice, et al.*, 18-cv-10898 (NSR)

Dear Judge Román:

This Office represents defendants Patricia Bice, Qui Qui Balascio, and Jared Stammer in their individual and official capacities ("Defendants") in the above-referenced action filed by plaintiff Jason Doherty ("Plaintiff"). On October 4, 2019 Defendants served their motion to dismiss on Plaintiff. On November 4, 2019 Plaintiff served his opposition to Defendants' motion to dismiss on Defendants. Your Honor has ordered that Defendants' reply memorandum is due on November 19, 2019.

Defendants respectfully request a one-week extension, until Tuesday, November 26, 2019, for filing their reply memorandum in support of their motion to dismiss. Defendants make this request in light of significant litigation deadlines in other matters. This is their first request for an extension of this particular deadline, and Plaintiff has consented.

Respectfully submitted,

/s/ *Alyssa Anzalone-Newman*
Alyssa Anzalone-Newman
Assistant Attorney General
Attorney for Defendants
(212) 416-8874

28 LIBERTY STREET, NEW YORK N.Y. 10005 • PHONE (212) 416-8610 • HTTP://WWW.AG.NY.GOV

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/2019



| | | |
|---|---|---|
| **CONFIDENTIAL** |  | **FACSIMILE TRANSMISSION** |

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**
Letitia James

To: Judge Nelson S. Roman

Fax Number: 9143904179
Voice Number: 9143904177

From: Anzalone-Newman, Alyssa

Fax Number:
Voice Number: +1 212-416-8874

Date: November 14, 2019
Subject: Doherty v. Bice, et al. - 18-cv-10898 (NSR)
Total Pages: 2

Memo:
Please see attached fax. This document was also filed via ECF.

Alyssa Anzalone-Newman | Assistant Attorney General
New York State Office of the Attorney General
28 Liberty Street | New York, New York 10005
(212) 416-8874 | Alyssa.Anzalone-Newman@ag.ny.gov

IMPORTANT NOTICE: This fax, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this fax in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this fax or its attachments. Please notify the sender immediately by reply fax and delete the fax from your system.