UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JASON DOHERTY

                    Plaintiff,

        - against -

PATRICIA BICE, individually and as Dean of
Student Affairs for Purchase College, State
University of New York; JARED STAMMER,
individually and as Associate Dean for Student
Affairs for Purchase College, State University of
New York; and QUI QUI BALASCIO, individually
and as Associate Dean for Student Affairs for
Purchase College, State University of New York,

                    Defendants.
------------------------------------------------------------- X

18-cv-10898 (NSR)

**NOTICE OF MOTION TO DISMISS**

      **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, defendants PATRICIA BICE, QUI QUI BALASCIO, and JARED STAMMER ("Defendants"), by their attorney, LETITIA JAMES, Attorney General of the State of New York, hereby move for an Order pursuant to Rule 12(b) (1) and (6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's claims against Defendants, and for such further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, in support of their motion to dismiss, Defendants shall rely upon the Declaration of Alyssa Anzalone-Newman, sworn to October 4, 2019; Exhibit 1 to the Declaration of Alyssa Anzalone-Newman; the Declaration of Jared Stammer, sworn to October 4, 2019; the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated October 4, 2019, and all other pleadings and papers herein.

Dated:  New York, New York
          October 4, 2019

LETITIA JAMES
Attorney General of the
State of New York
*Attorney for Defendants*
By:

_____/s/_____
ALYSSA ANZALONE-NEWMAN
Assistant Attorney General
28 Liberty Street
New York, New York 10005
(212) 416-8874