UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JASON DOHERTY,

                                        Plaintiff,

- against -

PATRICIA BICE, individually and as Dean of Student
Affairs for Purchase College, State University of New
York; JARED STAMMER, individually and as Associate
Dean for Student Affairs for Purchase College, State
University of New York; and QUI QUI BALASCIO,
individually and as Associate Dean for Student Affairs for
Purchase College, State University of New York,

                                        Defendants.
------------------------------------------------------------------x

18-cv-10898 (NSR)

**DECLARATION OF
ALYSSA ANZALONE-NEWMAN
IN SUPPORT OF DEFENDANTS'
<u>MOTION TO DISMISS</u>**

        **ALYSSA ANZALONE-NEWMAN**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

        1.       I am an Assistant Attorney General in the New York State Office of the Attorney General, counsel for Defendants in this action.

        2.       Attached hereto as **Exhibit 1** is a true and correct copy of an email sent by Defendant Patricia Bice to Plaintiff and Plaintiff's mother (Patti Doherty) on Monday, November 06, 2017, at 4:32 p.m.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed in New York, New York, this 4th day of October, 2019.

                                                                                         _/s/ Alyssa Anzalone-Newman_
                                                                                       **ALYSSA ANZALONE-NEWMAN**