-----Original Message-----
From: Bice, Patricia <Patricia.Bice@purchase.edu>
To: 
Sent: Mon, Nov 6, 2017 4:32 pm
Subject: RE: Jason Doherty

Dear Mr. and Mrs. Doherty and Jason,

Based on my review, the college's No Contact Order policy and process was followed including a review of the order requested by Jason. Additionally, since Jason raised the issue of discrimination in regards to the No Contact Order in his request for a review, the college appropriately requested that the Title IX investigator

1

review the allegations. Based on all the information, including our meeting on October 24th, the No Contact Order will remain in effect.

I would like to take the opportunity to clarify a couple of issues:
- In addition to Jason, each of the students that is part of Jason's No Contact Order also has a No Contact Order in their file. It is standard practice in these cases to direct all parties to stay away from the others via No Contact Orders. A No Contact Order is not a part of Jason's permanent record and will be destroyed according to regular record retention guidelines.
- No Contact Orders are issued via an administrative process. They do not constitute discipline or a Code of Conduct violation. In contrast, Education Law Article 129-B is part of the college's disciplinary process.
- If a student violates a No Contact Order, the student would be referred to the Office of Community Standards for adjudication of a violation of the Code of Conduct. But the No Conduct Order, without any violation, is only a college process.

I realize this not the outcome you are looking for, but the No Contact Order protects Jason as well as the other students involved. I hope that Jason will be able to move on from the events of the start of the semester and have a successful educational experience moving forward at Purchase.

Sincerely,

Patricia Bice
Dean of Student Affairs
Patricia.bice@purchase.edu
914-251-6363



Purchase College
STATE UNIVERSITY OF NEW YORK