UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
JASON DOHERTY,

                               Plaintiff,

- against -                                              18-cv-10898 (NSR)

PATRICIA BICE, individually and as Dean of Student      **DECLARATION OF**
Affairs for Purchase College, State University of New      **JARED STAMMER IN SUPPORT**
York; JARED STAMMER, individually and as Associate      **OF DEFENDANTS'**
Dean for Student Affairs for Purchase College, State      **MOTION TO DISMISS**
University of New York; and QUI QUI BALASCIO,
individually and as Associate Dean for Student Affairs for
Purchase College, State University of New York,

                               Defendants.
-----------------------------------------------------------------------x

       **JARED STAMMER**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I was employed by Purchase College, the State University of New York from January 12, 2015 to September 1, 2017.

2. During that time my title was Conduct Officer.

3. As of September 2, 2017 I am no longer an employee of Purchase College, the State University of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Keuka Park, New York, this 4th day of October, 2019.

                                                              _____
                                                               JARED STAMMER