UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JASON DOHERTY,

                                Plaintiff,

- against -

PATRICIA BICE, individually and as Dean of Student Affairs for Purchase College, State University of New York; JARED STAMMER, individually and as Associate Dean for Student Affairs for Purchase College, State University of New York; and QUI QUI BALASCIO, individually and as Associate Dean for Student Affairs for Purchase College, State University of New York,

                                Defendants.
------------------------------------------------------------------------x

18-cv-10898 (NSR)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

      PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Alyssa Anzalone-Newman, an Assistant Attorney General at the Office of Letitia James, Attorney General of the State of New York, attorney for defendants Bice, Stammer, and Balascio in the above-entitled action, hereby withdraw as an attorney of record, as I am leaving the Office of the Attorney General. The Office of the Attorney General will continue to serve as counsel of record to said defendants in the above-referenced matter, and this matter will be handled by Assistant Attorney General Jaclyn Danielle Saffir, who has already entered her appearance.

      Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated: New York, New York
       November 26, 2019

                                      LETITIA JAMES
                                      Attorney General of the
                                       State of New York
                                      <u>Attorney for Defendants</u>
                                      By:

                                      _____/s/_____
                                      ALYSSA ANZALONE-NEWMAN
                                      Assistant Attorney General
                                      28 Liberty St. - 17th Floor
                                      New York, New York 10005
                                      Tel.: (212) 416-8874
                                      Alyssa.Anzalone-Newman@ag.ny.gov

**SO ORDERED:**

Dated: New York, New York
         November ___, 2019

                                      _____
                                      Hon. Nelson S. Román
                                      United States District Judge