UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JASON DOHERTY,

                                Plaintiff,

- against -

PATRICIA BICE, individually and as Dean of Student
Affairs for Purchase College, State University of New
York; JARED STAMMER, individually and as Associate
Dean for Student Affairs for Purchase College, State
University of New York; and QUI QUI BALASCIO,
individually and as Associate Dean for Student Affairs for
Purchase College, State University of New York,

                                Defendants.
------------------------------------------------------------------x

18-cv-10898 (NSR)

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

      PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Alyssa Anzalone-Newman, an Assistant Attorney General at the Office of Letitia James, Attorney General of the State of New York, attorney for defendants Bice, Stammer, and Balascio in the above-entitled action, hereby withdraw as an attorney of record, as I am leaving the Office of the Attorney General. The Office of the Attorney General will continue to serve as counsel of record to said defendants in the above-referenced matter, and this matter will be handled by Assistant Attorney General Jaclyn Danielle Saffir, who has already entered her appearance.

      Therefore, I hereby request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated: New York, New York
       November 26, 2019



LETITIA JAMES
Attorney General of the
 State of New York
<u>Attorney for Defendants</u>
By:

_____/s/_____
ALYSSA ANZALONE-NEWMAN
Assistant Attorney General
28 Liberty St. - 17th Floor
New York, New York 10005
Tel.: (212) 416-8874
Alyssa.Anzalone-Newman@ag.ny.gov

**SO ORDERED:**
Dated: ~~New York~~ White Plains, New York
 March 11, 2020

Hon. Nelson S. Román
United States District Judge

Clerk of the Court requested to terminate the motion (doc. 35).