UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Doherty,

                        Plaintiff,                  **SCHEDULING ORDER**

       -against-                       18 Civ. 10898 (NSR)(AEK)

Bice et al.,

                        Defendants.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter has been referred to Magistrate Judge Andrew E. Krause for general pretrial supervision. ECF No. 40. A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Monday, May 3, 2021, at 11:00 a.m.**

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: April 1, 2021
       White Plains, New York

                                            **SO ORDERED.**

                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge