# EXHIBIT 1

# E CHRISTOPHER MURRAY

**From:** E CHRISTOPHER MURRAY
**Sent:** Wednesday, May 19, 2021 5:14 AM
**To:** Schwartz, Shaina
**Subject:** Re: Doherty v. Bice

Shaina

The proposed confidentiality order is ok.

Also confirming our conversation plaintiff will produce any communications with professors or other school personal regarding any difficulties or problems with his academic performance and records reflecting his diagnosis of Aspergers.

Chris

Sent from my iPhone

> On May 12, 2021, at 5:22 PM, Schwartz, Shaina <Shaina.Schwartz@ag.ny.gov> wrote:
>
> CAUTION: This email originated from outside of the organization.
>
> Hi Chris,
>
> I wanted to follow up to see if you had a chance to review the protective order and to see when you anticipate making your supplemental production.
>
> Thank you,
> Shaina
>
> **From:** E CHRISTOPHER MURRAY <emurray@rmfpc.com>
> **Sent:** Thursday, May 6, 2021 11:04 AM
> **To:** Schwartz, Shaina <Shaina.Schwartz@ag.ny.gov>
> **Subject:** Re: Doherty v. Bice
>
> [EXTERNAL]
> I have no availability the next two days, I could do Tuesday at 11 am.
>
> Sent from my iPhone
>
>> On May 6, 2021, at 10:59 AM, Schwartz, Shaina <Shaina.Schwartz@ag.ny.gov> wrote:

1