UNITED STATES DISTRICT COURT                      Rev. May 2014
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Jason Doherty,

                         Plaintiff(s),        **CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

        - against -

Patricia Bice, etc., et al.

                         Defendant(s).     __18__ CV __10898__ (NSR) (AEK)

-------------------------------------------------------------x

        This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [~~consent~~] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [~~is not~~] to be tried to a jury  where applicable.

3. Joinder of additional parties must be accomplished by __N/A__.

4. Amended pleadings may be filed until __N/A__. Any party seeking to amend its pleadings after that date must seek leave of court via motion.

5. Interrogatories shall be served no later than __2/12/21__, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [~~shall not~~] apply to this case.

6. First request for production of documents, if any, shall be served no later than __2/12/21__.

7. Non-expert depositions shall be completed by __9/30/21__.

       a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

       b. Depositions shall proceed concurrently.

       c. Whenever possible, unless counsel agree otherwise or the Court so orders,

       non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than __n/a__.

9. Requests to Admit, if any, shall be served no later than __n/a__.

10. Expert reports shall be served no later than __11/1/21__.

11. Rebuttal expert reports shall be served no later than __1/14/22__.

12. Expert depositions shall be completed by __2/14/22__

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** __2/14/22__.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. __Andrew E. Krause__.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for September 17, 2021 at 9:30 a.m. before Magistrate Judge Krause.

SO ORDERED.

Dated: White Plains, New York
August 6, 2021

_____
Andrew E. Krause
United States Magistrate Judge