UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Doherty,

                                Plaintiff,                    **RESCHEDULING ORDER**

        -against-                                    18 Civ. 10898 (NSR)(AEK)

Bice et al.,

                                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The telephonic status conference scheduled for Friday, September 17, 2021 at 9:30 a.m. before Magistrate Judge Krause is hereby rescheduled to **Friday, October 29, 2021 at 9:30 a.m.**

       To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  September 16, 2021
            White Plains, New York

                                                    **SO ORDERED.**

                                                  _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge