

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

October 22, 2021

**Via ECF**
Hon. Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Doherty v. Bice, et al.*, 18 Civ. 10898 (NSR)(AEK)

Dear Judge Krause:

This Office represents defendants Patricia Bice, Qui Qui Balascio, and Jared Stammer[1] (collectively, "Defendants") in the above-captioned action. I write pursuant to Your Honor's Individual Practices to respectfully request that the Court adjourn the telephonic status conference scheduled for October 29, 2021 at 9:30 a.m. (the "Telephonic Status Conference"). *See* Rescheduling Order (Dkt. No. 57). Plaintiff consents to Defendants' requested adjournment.

The requested adjournment is necessary because I will be out of the office on October 29, 2021 for a medical procedure. Pursuant to Section 1.D of Your Honor's Individual Practices, the parties have conferred and are available on November 1, 2021, November 4, 2021, and November 8, 2021. This is Defendants' first request for an adjournment of the Telephonic Status Conference. The requested extension will not affect any of the other scheduled dates in this case.[2]

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Shaina Schwartz*
Shaina L. Schwartz
Assistant Attorney General
212-416-8560
shaina.schwartz@ag.ny.gov

---

[1]   Defendants Stammer and Balascio are no longer employed by SUNY and therefore they are not proper defendants. *See* Fed. R. Civ. P. 25(d).

[2]   Under the current schedule, non-expert discovery shall be completed by November 29, 2021.

Hon. Andrew E. Krause
October 22, 2021
Page 2 of 2


cc:     E. Chris Murray, Esq. (*via* ECF)