UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Doherty,

                      Plaintiff,                      **SCHEDULING ORDER**

    -against-                                    18 Civ. 10898 (NSR)(AEK)

Bice et al.,

                      Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      As Plaintiff's objection has been resolved, *see* ECF No. 64, a telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Friday, January 7, 2022, at 10:00 a.m.** The parties should be prepared to discuss the status of the discovery that is currently scheduled to be completed by December 31, 2021, as well as a schedule for the remaining discovery that was stayed pending the resolution of Plaintiff's objection. *See* ECF No. 63. Prior to the January 7, 2022 conference, the parties are directed to meet and confer to discuss a proposed schedule for completing all remaining discovery.

      To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated:  December 6, 2021
          White Plains, New York

                                                            **SO ORDERED.**

                                                             _____
                                                              ANDREW E. KRAUSE
                                                              United States Magistrate Judge