UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Doherty,

                        Plaintiff,                        **SCHEDULING ORDER**

       -against-                                    18-cv-10898 (NSR) (AEK)

Bice, et al.,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This matter is hereby scheduled for a video settlement conference before Magistrate Judge Andrew E. Krause on **Monday, February 28, 2022, from 10:00 a.m. to 1:30 p.m.**

      On or before February 24, 2022, the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length.  The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference.  Between the date of this order and the date of the conference, Plaintiff must make at least one concrete settlement demand and Defendants must make at least one concrete settlement offer.  As discussed at the January 7, 2022 conference, non-monetary relief would likely be a part of any potential settlement in this matter; accordingly, both monetary and non-monetary terms should be exchanged as part of the pre-conference demand(s) and offer(s), and the parties should include any specific proposed language regarding non-monetary relief either within or as an attachment to the pre-conference submissions.  Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

Parties – not just the attorneys – must attend the settlement conference. While the individual Defendants are not required to attend, a representative for Defendants with decision-making authority to settle the matter must participate.

This conference will be conducted by video, using Microsoft Teams. A link and instructions will be provided to the parties by email prior to the conference. Should anyone experience any technical issues with the videoconferencing system, please contact Chambers at (914) 390-4070.

**If the case does not settle during the conference, then the final 30 minutes of the conference will be devoted to addressing the status of discovery and resolving any pending discovery disputes.**

Dated: January 10, 2022
White Plains, New York

                                              **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge