

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

February 11, 2022

*Via ECF*
Hon. Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Doherty v. Bice, et al.*, 18 Civ. 10898 (NSR)(AEK)

Dear Judge Krause:

This Office represents defendants Patricia Bice, Qui Qui Balascio, and Jared Stammer[1] (collectively, "Defendants") in the above-captioned action. I write pursuant to Your Honor's instruction to advise the Court about the status of the remaining fact discovery in this matter. *See* Minute Entry Regarding Status Conference dated January 7, 2022. Plaintiff produced psychotherapy records on January 28, 2022. Based upon Counsel's representation that Plaintiff has produced all relevant mental health records in accordance with the Court's Decision and Order dated September 15, 2021 (Dkt. No. 55), specifically all mental health records from January 1, 2014 which "address any severe anxiety or depression Plaintiff experiences when socializing with peers, or in disciplinary or adversarial situations," Defendants do not have any issues to raise with the Court currently.[2]

The parties are in the process of scheduling Plaintiff's deposition.

Respectfully submitted,

*/s/ Shaina Schwartz*
Shaina L. Schwartz
Assistant Attorney General
212-416-8560
shaina.schwartz@ag.ny.gov

---

[1]     Defendants Stammer and Balascio are no longer employed by SUNY and therefore they are not proper defendants. *See* Fed. R. Civ. P. 25(d).

[2]     Defendants reserve the right to raise issues that arise in the future.

Hon. Andrew E. Krause
February 11, 2021
Page 2 of 2


cc:     E. Chris Murray, Esq. (*via* ECF)

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● www.ag.ny.gov