UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JASON DOHERTY,

                    Plaintiff,

     - against -

PATRICIA BICE, individually and as Dean of
Student Affairs for Purchase College, State
University of New York; JARED STAMMER,
individually and as Conduct Officer for Purchase
College, State University of New York; and QUI
QUI BALASCIO, individually and as Associate
Dean for Student Affairs for Purchase College,
State University of New York

                    Defendants.

-------------------------------------------------------------X

18-cv-10898 (NSR)

**DECLARATION OF
MELISSA GLAZER**

     **Melissa Glazer**, who is not a party to this action, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

     1.    I am the Assistant Dean for Student Affairs at Purchase College, State University of New York ("Purchase College"), a position I have held since August 2019. I have been employed by Purchase College since January 2008 where I served as Conduct Officer and Director for the Office of Community Standards. I submit this Declaration based upon my personal knowledge, as well as my review of books and records kept in the ordinary course of business by the Office of Student Affairs at Purchase College.

     2.    In my current position as Assistant Dean for Student Affairs, I serve as the administrator supervising the Office of Community Standards, Counseling & Behavioral Health Services, Student Health Services, and Office of Disability Resources. As such, I am responsible

for maintaining a working knowledge of all policies, procedures, and regulations that are offered by or impact the areas I supervise.

    3.    Plaintiff graduated from Purchase College in May 2021.

    4.    A no contact order is a formal directive issued by Purchase College requiring parties to have no direct or indirect communication with each other.

    5.    No contact orders expire when one of the parties to the no contact order withdraws or graduates from Purchase College.

    6.    None of the parties to the No Contact Orders at issue in this litigation are enrolled at Purchase College.

    7.    The No Contact Orders at issue in this litigation have expired and are no longer in effect.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _Purchase_, New York
July _27_, 2022

_____
MELISSA GLAZER