UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

JASON DOHERTY,

                         Plaintiff,

     - against -

PATRICIA BICE, individually and as Dean of Student Affairs for Purchase College, State University of New York; JARED STAMMER, individually and as Conduct Officer for Purchase College, State University of New York; and QUI QUI BALASCIO, individually and as Associate Dean for Student Affairs for Purchase College, State University of New York

                         Defendants.

------------------------------------------------------------ X

**DECLARATION OF SHAINA SCHWARTZ**

18-cv-10898 (NSR)

        **SHAINA SCHWARTZ**, an attorney admitted to practice in the courts of the State of New York and this Court, declares under penalty of perjury, pursuant to 28 U.SC. § 1746, as follows:

        1.     I am an Assistant Attorney General in the office of LETITIA JAMES, Attorney General of the State of New York, attorney for Defendants in this matter.[1]

        2.     I submit this declaration in support of Defendants' motion to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1), (c), h(2)(B), and (h)(3), for the limited purpose of providing the Court with a true and accurate copy of the document cited in Defendants' Memorandum of Law.

        3.     A true and correct copy of an excerpt from Plaintiff's Response to Defendants' First Set of Interrogatories To Plaintiff, dated March 25, 2021, is attached as **Exhibit A**.

---

[1]     The defined terms set forth in Defendants' memorandum of law will be used herein.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       August 1, 2022                                          /s/ *Shaina Schwartz*
                                                              SHAINA SCHWARTZ