UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
JASON DOHERTY,

                                    Plaintiff,        Docket No.
                                                             18-cv-10898 (NSR)

        - against -

PATRICIA BICE, individually and as Dean of Student      **AFFIRMATION**
Affairs for Purchase College, State University of New
York; JARED STAMMER, individually and as Conduct
Officer for Purchase College, State University of New
York; and QUI QUI BALASCIO, individually and as
Associate Dean for Student Affairs for Purchase College,
State University of New York,

                                      Defendants.
------------------------------------------------------------------------ X

       E. CHRISTOPHER MURRAY, an attorney duly admitted to practice law before the Courts of the State of New York, affirms under penalty of perjury, as follows:

       1.      I am a partner in Ruskin Moscou Faltischek, P.C., attorney for plaintiff. I submit this Affirmation in opposition to defendants' motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) and (c).

       2.      Attached as Exhibit 1 hereto is a true and correct copy of portions of the deposition of Jared Stammer, a defendant in this matter.

       3.      For the reasons set forth above and in the accompanying memorandum of law, defendants' motion should be denied in its entirety.

Dated: Uniondale, New York
       August, 30, 2022

                                                                E. CHRISTOPHER MURRAY

                                                                                   981522