EXHIBIT 1

```
 1                    J. Stammer
 2              Go ahead.
 3        A       One or two.
 4        Q       To your recollection, and you can
 5   refresh your recollection with this, do you
 6   remember that there were students that had not
 7   had any interaction with Jason that requested a
 8   no contact order?
 9                    MS. SCHWARTZ:  Objection.
10        A       That what's the document says.
11        Q       As you sit here today, do you have
12   any recollection of that?
13        A       I vaguely recall Jason's case, but
14   it's been so long that without the document in
15   front of me I'm nervous about what I'm reading
16   now.  I don't know how to explain it.  I don't
17   remember the event, but when the document is in
18   front of me, I mean I do believe that I wrote
19   that.  You know what I'm trying to say?
20        Q       Is it your testimony that this
21   document to the best of your knowledge would be
22   an accurate reflection of what occurred?
23                    MS. SCHWARTZ:  Objection.
24        A       Anytime I write a file note, it is
25   my attempt to create an objective record of what
```

1                          J. Stammer

2    occurred.

3          Q        Separate and apart from this

4    document, if someone came to you and wanted to

5    file a no contact order against a student that

6    they had never met, would that raise concerns

7    with you?

8                          MS. SCHWARTZ:   Objection.

9          A        You mean at the time that I worked

10   at SUNY Purchase or --

11         Q        SUNY Purchase.

12         A        Yes.

13         Q        Why would that raise concerns?

14         A        It would raise concerns because if

15   the individual had never met Jason or spoken to

16   the person that they were interacting with, I

17   would not want them to accidentally interact

18   with that individual and create an incident

19   where, you know, they had mistakenly come into

20   contact with one another and learned about it

21   after the fact.

22         Q        At the time that you were at

23   Purchase, after a no contact order was issued,

24   did you have any authority to rescind the no

25   contact order or to vacate it?

Page 21

```
 1                    J. Stammer
 2                    MS. SCHWARTZ:  Objection.
 3       A      I did.
 4       Q      You did, okay.  Did there come a
 5  time where Jason or his mother requested that
 6  the no contact order be rescinded?
 7                    MS. SCHWARTZ:  Objection.
 8       A      I don't recall.
 9       Q      I apologize if I asked you this:
10  At the time the no contact order was issued, did
11  you know that Jason was autistic?
12                    MS. SCHWARTZ:  Objection.
13       A      No, I did not.
14       Q      Did you subsequently learn that he
15  was autistic?
16                    MS. SCHWARTZ:  Objection.
17       A      I was told that today, but
18  otherwise I don't recall.
19       Q      Do you recall whether in the
20  meeting with him he mentioned that or referenced
21  that?
22                    MS. SCHWARTZ:  Objection.
23       A      I don't.
24       Q      Based on your experience, if
25  someone requested a no contact order against an
```

Page 22

```
 1                      J. Stammer
 2    individual that was autistic, would you have
 3    concerns about issuing it?
 4                      MS. SCHWARTZ:  Objection.
 5         A      No, I would have no concerns.
 6         Q      A no contact order is supposed to
 7    be issued because someone doesn't like someone?
 8                      MS. SCHWARTZ:  Objection.
 9         A      I don't really know how to answer
10    that question.
11         Q      Do you have any knowledge of
12    whether someone that is autistic can understand
13    what a no contact order is?
14                      MS. SCHWARTZ:  Objection.
15                      He is not an expert in autism.
16         A      I don't know any of the details
17    about what an autistic individual can or cannot
18    understand or do.
19         Q      At any point after the no contact
20    order was issued to Jason, did you ever discuss
21    with anyone from SUNY Purchase, excluding any
22    attorneys, the fact that the no contact order
23    had been issued?
24                      MS. SCHWARTZ:  Objection.
25                      I will advise the witness not to
```

Page 23

1            J. Stammer

2            answer anything that he talked

3            about with attorneys.

4                 MR. MURRAY:  Right.  I said

5            excluding attorneys.

6                 MS. SCHWARTZ:  Oh, okay,

7            sorry.

8        Q    Did you talk to Melissa Glazer?

9        A    Well, this letter was to Melissa

10   Glazer.

11       Q    I'm not talking about in writing;

12   did you have a verbal conversation with her?

13       A    Oh, I don't recall if I spoke with

14   anyone else.

15       Q    Would that be true of

16   Ms. Balascio?

17                MS. SCHWARTZ:  Objection.

18       A    I don't recall.

19       Q    Do you have any knowledge as to

20   whether or not Jason was in any classes with any

21   of the individuals that requested the no contact

22   order?

23       A    I don't recall.

24       Q    Other than this conversation that

25   is set forth on August 25, did you have any