UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

JASON DOHERTY,

               Plaintiff,

   - against -

PATRICIA BICE, individually and as Dean of
Student Affairs for Purchase College, State
University of New York; JARED STAMMER,
individually and as Conduct Officer for Purchase
College, State University of New York; and QUI
QUI BALASCIO, individually and as Associate
Dean for Student Affairs for Purchase College,
State University of New York

               Defendants.

-------------------------------------------------------------X

18-cv-10898 (NSR)

**REPLY DECLARATION OF
MELISSA GLAZER**

**Melissa Glazer**, who is not a party to this action, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.    I submit this Declaration based upon my personal knowledge, as well as my review of books and records kept in the ordinary course of business by the Office of Student Affairs at Purchase College.

2.    No contact orders are not disciplinary actions.

3.    No contact orders are not reflected on students' permanent academic records at Purchase College.

4.    The No Contact Orders at issue in this litigation are not reflected on Jason Doherty's permanent academic record.

5. No contact orders are not shared with prospective employers or as part of records sent on behalf of students seeking admission to another college or university.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __PURCHASE__, New York
September 30, 2022

_____
MELISSA GLAZER

3