UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JASON DOHERTY,                                    Civil Action No.:

     Plaintiff,                    7:18-cv-10898-NSR-AEK

  -against-                              **NOTICE OF APPEAL**

PATRICIA BICE, individually and as Dean of Student
Affairs at Purchase College, State University of New
York; JARED STAMMER, individually and as Conduct
Officer for Purchase College, State University of New
York; and QUI QUI BALASCIO, individually and as
Associate Dean for Student Affairs for Purchase
College, State University of New York,

     Defendants.
------------------------------------------------------------------X

   PLEASE TAKE NOTICE, that the Plaintiff, JASON DOHERTY, appeals to the United

States Court of Appeals for the Second Circuit from an Order of the United States District Court

for the Southern District of New York (Roman, U.S.D.J.), dated August 9, 2023 (docket entry

94), and that this appeal is from each and every part thereof.

Dated: Uniondale, New York
   September 1, 2023

        Yours, etc.,

        RIVKIN RADLER LLP
        Attorneys for Plaintiff
        JASON DOHERTY

      By: _E. Christopher Murray_
        E. Christopher Murray, Esq.
        926 RXR Plaza
        Uniondale, New York  11556-0926
        (516) 357-3000

To: Shaina Schwartz, Esq.
  Attorney for Defendants
  NYS Office of The Attorney General
  28 Liberty Street
  New York, NY 10005
  212-416-8560
  Email: Shaina.Schwartz@ag.ny.gov